# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-0420 FMO (Ex) | Date | May 22, 2017 |
|---|---|---|---|
| Title | Anders Karlsson v. Gene Ewing, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):

None Present  None Present

**Proceedings:**     (In Chambers) Order to Show Cause

On April 10, 2017, the court issued an order setting forth trial-related deadlines. (See Court's Order of April 10, 2017, at 12). More specifically, the court set May 19, 2017, as the deadline for filing pre-trial documents. (See id.). As of the date of this Order, the parties have not filed any pre-trial documents. Accordingly, IT IS ORDERED THAT:

1. No later than **May 25, 2017**, the parties shall show cause in writing why sanctions should not be imposed for lack of prosecution and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962). A stipulation of dismissal or the filing of pretrial documents shall be deemed a satisfactory response to the order to show cause.

2. Counsel for the parties are ordered to appear at a hearing on **Friday, May 26, 2017,** at **3:00 p.m.**