JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERS KARLSSON, | Case No. CV 14-0420 FMO (Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| GENE EWING, et al., | |
| Defendants. | |

Pursuant to the Stipulated Application to Dismiss Defendant Connie J. Troncale with Prejudice, (Dkt. 446) and the Order Dismissing Action With Prejudice, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the above-captioned case is **dismissed with prejudice**. The court shall not retain jurisdiction to enforce the terms of the settlement. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82, 114 S.Ct. 1673, 1677 (1994). Dated this 16th day of March, 2020.


_____
/s/
Fernando M. Olguin
United States District Judge